## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| KENNETH VANDEREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:12-cv-00981-TJC-TEM |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, KENNETH VANDEREN ("Plaintiff"), through his attorneys, The Law Offices of Robert Peters, P.A., informs this Honorable Court that the Parties have reached a settlement in this case.  The Parties have already executed a Settlement Agreement and Release.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By:/s/_____Robert Peters_____
             Robert Peters
             The Law Offices of Robert Peters, P.A.
             1054 Kings Avenue
             Jacksonville, FL 32207
             Tel: 904-421-6907
             Fax: 904-328-3778
             rppalaw@gmail.com
             Attorney for Plaintiff

### CERTIFICATE OF SERVICE

On November 5, 2012, Robert Peters, e-mailed a copy this Filed Notice of Settlement to Defendant's, ENHANCED RECOVERY COMPANY, LLC'S, Director of Compliance and Administration, Ginny L. Rodriguez, at grodriguez@erccollections.com

By:/s/_____Robert Peters_____
             Robert Peters