**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

KENNETH VANDEREN

        Plaintiff,

vs.                                    Case No. 3:12-cv-981-J-32TEM

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

_____

## ORDER

The Court has been advised that this case has been settled (Doc. 4).   Accordingly, it is now

**ORDERED:**

1.      The parties shall have until **January 10, 2013** to file a joint motion for dismissal or other appropriate documents to close out this file.

2.      If the parties have not filed settlement pleadings or a request for extension of time by the **January 10, 2013** deadline, this case will automatically be deemed to be dismissed without prejudice.  **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.**  The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of November, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies to:
Counsel of Record

2