UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| KENNETH VANDEREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:12-cv-00981-TJC-TEM |
| ) | |
| ENHANCED RECOVERY COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, KENNETH VANDEREN, through his attorneys, The Law Offices of Robert Peters, P.A., and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses this case, with prejudice, against Defendant, ENHANCED RECOVERY COMPANY, LLC.

RESPECTFULLY SUBMITTED,

By: /s/      Robert Peters
Robert Peters
The Law Offices of Robert Peters, P.A.
1054 Kings Avenue
Jacksonville, FL 32207
Tel: 904-421-6907
Fax: 904-328-3778
rppalaw@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On November 27, 2012, Robert Peters, e-mailed a copy of this Notice of Voluntary Dismissal to Defendant's, ENHANCED RECOVERY COMPANY, LLC'S, Director of Compliance and Administration, Ginny L. Rodriguez, at grodriguez@erccollections.com

By: /s/      Robert Peters
Robert Peters