UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH VANDEREN

    Plaintiff,

vs.                                Case No. 3:12-cv-981-J-32TEM

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____

**ORDER**

Upon review of Plaintiff's Notice of Voluntary Dismissal (Doc. 6), this case is dismissed with prejudice.

**DONE AND ORDERED** at Jacksonville, Florida this 3rd day of December, 2012.

*/s/ Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

jk.
Copies:

counsel of record